UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  KENNETH CHARLES NIXON and        :   Chapter 13
SHELIEAH ONEIDA DEVORE-NIXON,   :
                                                                    :
Debtor(s)                           :   Bky. No. 09-11567 ELF

# O R D E R

**AND NOW**, upon consideration of the Debtors' Motion to Redress Willful Violation of Automatic Stay ("the Motion"), the Response thereto of Philadelphia Gas Works ("PGW"), and after a hearing, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors are **AWARDED** actual damages in the amount of **$353.86**, which PGW shall apply to their Post-Petition Account (as that term is described in the Memorandum).

3. The Debtors are **AWARDED** attorney's fees in the amount of **$1,000.00**.

Date:  October 26, 2009

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE